CHICOT COUNTY *v.* TILGHMAN, EX'RX.

*Appeal from the County Court of Chicot County.*

*Garland & Nash*, for appellant.

*English, Gantt & English, and Reynolds*, for appellees.

The opinion of the court in the case of *Chicot County v. Tilghman, ex'rx.*, decided at the present term, settles the question in this case.